IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERLIN J. THEODORE | : | CIVIL ACTION |
| v. | : | No. 18-1528 |
| DEFENSE LOGISTICS AGENCY – TROOP SUPPORT, et al. | : | |

## **ORDER**

AND NOW, this 15th day of January, 2020, upon consideration of Defendants Pennsylvania Unemployment Compensation Board and Janet Tarczy's Motion to Dismiss the Second Amended Complaint, Plaintiff Berlin Theodore's opposition, and the parties' presentations at the January 8, 2020, oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 36) is GRANTED. The Second Amended Complaint (Document 35) is DISMISSED without leave to amend. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez, C.J.